FILED
CLERK, U.S. DISTRICT COURT

JUN 13 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rsm___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br>v.<br>SUK MIN CHOI, a.k.a. "Alex Choi,"<br>                    DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>ON COMPLAINT<br>**2:24-mj-03272-DUTY**<br>CASE NO.: _____ |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **SUK MIN CHOI, aka Alex Choi** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with causing the placement of an explosive or incendiary device on an aircraft, in violation of Title 49, United States Code, Section 46505(b)(3) and Title 18, United States Code, Section 2(b).

REC: BY AUSA          [bond]

June 4, 2024 @ 4:18 p.m.
Date

*Karen L. Stevenson* (signature)
The Honorable Karen Stevenson
United States Chief Magistrate Judge

_____
Signature of Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): 12007 Briarvale Lane, Studio City, CA 91604 ||| 
| DATE RECEIVED<br>6/4/2024<br>DATE OF ARREST<br>6/5/2024 | NAME AND TITLE OF ARRESTING OFFICER<br>Cristina Jones, Special Agent | SIGNATURE OF ARRESTING OFFICER<br>*(signed)* |

WARRANT FOR ARREST ON COMPLAINT                    Page 1 of 2